| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #091175<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>JESSE ALVIN CRIPPS, SR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 1:10-cr-00461 LJO |
| *Plaintiff,* | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE, ORDER |
| | ) | |
| JESSE ALVIN CRIPPS, SR., | ) | Date:  February 11, 2011 |
| | ) | Time:  8:30 am |
| *Defendant.* | ) | Honorable Lawrence J. O'Neill |
| | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now scheduled for January 28, 2011, **may be continued to February 11, 2011 at 8:30 a.m.**

This continuance is requested by counsel for the defendant, as counsel is unavailable on the date and time currently set for the status conference.  The requested continuance will conserve time and resources for both counsel and the court, and will assure continuity of counsel for the defendant.

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED:  January 5, 2011         By:    /s/ Michele L. Thielhorn
                                              MICHELE L. THIELHORN
                                              Assistant United Stated Attorney
                                              Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED:  January 5, 2011         By:    /s/ Francine Zepeda
                                              FRANCINE ZEPEDA
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              JESSE ALVIN CRIPPS, SR.

## **ORDER**

Time is hereby excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   January 5, 2011**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE