DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar # 091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESSE ALVIN CRIPPS, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:10-cr-00461 LJO |
| ) | |
| Plaintiff, ) | WAIVER OF DEFENDANT'S PERSONAL |
| ) | PRESENCE; ORDER THEREON |
| v. ) | |
| ) | |
| JESSE ALVIN CRIPPS, SR., ) | |
| ) | |
| Defendant. ) | Hon. Lawrence J. O'Neill |
| ) | |
| _____ ) | |

　　　　The undersigned defendant, JESSE ALVIN CRIPPS, SR., having been advised of his right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including but not limited to, status conference, motions hearing, trial setting, and/or when a continuance is ordered, hereby waives the right to be present at said hearings.  He requests the court to allow his attorney to make such appearances on his behalf and to request the Court set a motions schedule and/or schedule the matter for trial, including such hearings as may be appropriate at a time mutually convenient to the court and counsel.  Defendant further hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present.

///

///

Defendant makes this request as he currently resides in Texas.  Due to the time, distance and expense involved, travel to Fresno for court appearances which solely involve scheduling and/or non-disposition motions would be both a financial and personal hardship.   Consequently, Defendant wishes to limit the number of personal court appearances, thereby minimizing the time and expense of travel to Fresno.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED: January  22, 2011

/s/Jesse Alvin Cripps, Sr.
JESSE ALVIN CRIPPS, SR.
Defendant

/s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant

# O R D E R

GOOD CAUSE APPEARING**, the** Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

**Dated:   January 26, 2011**              /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Waiver of Defendant's Personal Presence;
[Proposed] Order Thereon                              2