DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESSE ALVIN CRIPPS, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESSE ALVIN CRIPPS, SR., <br><br> Defendant. | No. 1:10-cr-00461 LJO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE, ORDER <br><br> Date: May 13, 2011 <br> Time: 9:00 a.m. <br> Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now scheduled for April 29, 2011, **may be continued to May 13, 2011 at 9:00 a.m.**

The reason for this continuance is to allow Mr. Cripps and his counsel additional time to review and discuss the Memorandum of Plea Agreement. Mr. Cripps also needs more time to make arrangements to attend the hearing in Fresno, as he will need to be present to enter a change of plea.

///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation and negotiation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), and that the granting of the
4  continuance outweigh the best interests of the public and the defendant in a speedy trial.

```
                                              BENJAMIN B. WAGNER
                                              United States Attorney


DATED:  April 12, 2011        By:    /s/ Michele L. Thielhorn
                                     MICHELE L. THIELHORN
                                     Assistant United Stated Attorney
                                     Attorney for Plaintiff

                                     DANIEL J. BRODERICK
                                     Federal Defender


DATED:  April 12, 2011        By:    /s/ Francine Zepeda
                                     FRANCINE ZEPEDA
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     JESSE ALVIN CRIPPS, SR.
```

## ORDER

Time is hereby excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) and the Court finds the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   April 12, 2011**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

Cripps Stipulation to Continue Status
Conference Hearing and Order                        2