DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESSE ALVIN CRIPPS, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff,*<br><br>v.<br><br>JESSE ALVIN CRIPPS, SR.,<br><br>          *Defendant.* | No. 1:10-cr-00461 LJO<br><br>AMENDED STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>Date: August 26, 2011<br>Time: 9:00 a.m.<br>Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-referenced proceedings now set for August 12, 2011, **may be continued to August 26, 2011, at 9:00 a.m.**

This continuance is requested by counsel for defendant to allow the probation officer enough time to prepare the presentence investigation report. The probation interview was completed on June 30, 2011, and the U.S. Probation Officer needs additional time to complete the report. The parties will then need time to file sentencing objections and memoranda. The agreed upon date was the best date for the

///

///

///

///

1 government and the victims who wish to appear at the hearing.   The requested continuance will conserve
2 time and resources for both counsel and the court.

```
                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED:  July 6, 2011           By:    /s/ Michele L. Thielhorn
                                      MICHELE L. THIELHORN
                                      Assistant United Stated Attorney
                                      Attorney for Plaintiff

                                      DANIEL J. BRODERICK
                                      Federal Defender


DATED:  July 6, 2011           By:    /s/ Francine Zepeda
                                      FRANCINE ZEPEDA
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      JESSE ALVIN CRIPPS, SR.
```

## **ORDER**

The probation interview was completed on June 30, 2011.  In order to allow the U.S. Probation Officer to complete her report and for the parties to be allowed to file sentencing objections and memoranda, sentencing in the above-referenced matter is hereby continued to August 26, 2011, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   July 6, 2011**                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE