DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESSE ALVIN CRIPPS, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-00461 LJO |
| Plaintiff, | REQUEST FOR TRAVEL ASSISTANCE PURSUANT TO 18 U.S.C § 4285; ORDER THEREON |
| v. | |
| JESSE ALVIN CRIPPS, SR., | Date: September 30, 2011<br>Time: 11:00 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

Mr. Cripps, through his undersigned counsel, hereby requests that pursuant to 18 U.S.C. § 4285, this Court direct the United States Marshal to furnish him with the cost of a one-way ticket so that he may travel from Texas, to Fresno, California, to attend his sentencing hearing on September 30, 2011.

Mr. Cripps has been found to be indigent and eligible for appointed counsel. To date, he has been able to travel to Fresno on the dates required, and has been able to pay for all travel expenses. Mr. Cripps' sentencing date was set for August 26, 2011, and he traveled to Fresno for that court hearing. Unfortunately, that hearing date was cancelled after Mr. Cripps had already arrived in Fresno and paid for his trip and hotel. During the past three weeks, Mr. Cripps has been unable to work in order to care for his wife prior to and following surgery. At this time, Mr. Cripps is unable to afford the price of a round-trip airline ticket to travel from his home in Texas for the new sentencing date without financial assistance.

He, therefore, respectfully requests the Court direct that the expense of a one-way ticket be provided for him as contemplated by 18 U.S.C. § 4285.

DATED: September 16, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

By:   /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant
JESSE ALVIN CRIPPS, SR.

## [PROPOSED] ORDER

A Request For Travel Assistance having been made to this Court, and good cause appearing therefore, IT IS HEREBY ORDERED pursuant to the provisions of Title 18 U.S.C. § 4285 that the United States Marshal shall furnish defendant, Mr.Cripps, with a one-way ticket so that he may travel from Texas, to Fresno, California, to appear before United States District Judge Lawrence J. O'Neill for sentencing on Friday, September 30, 2011, at 11:00 a.m.  This order includes a one-way ticket from Texas to Fresno and includes subsistence expenses not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a). Such expenses shall be paid by the U.S. Marshal out of funds authorized by the Attorney General for such expenses.

IT IS SO ORDERED.

**Dated:   September 18, 2011**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE