PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-00461 |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO ASSIGN AND DISBURSE RESTITUTION |
| v. | |
| JESSE ALVIN CRIPPS SR., | |
| Defendant. | |

The United States of America, by counsel, respectfully requests that the Court order the Clerk of the United States District Court to assign restitution and disburse the restitution funds already collected and to be collected in the future, if any, in this case to Ms. Rebecca Morris and Mr. Gary Hale, in equal shares, for the reasons set forth below.

On September 30, 2011, the Court entered a Judgement, which ordered defendant Jesse Alvin Cripps Sr. to pay restitution in the amount of $100,000.00 to victim Fern Franchi. Exhibit 1 at 10.

Victim Fern Franchi passed away on February 19, 2021. Her adult children, Ms. Rebecca Morris and Mr. Gary Hale, provided the government with a copy of Fern Franchi's Last Will and Testament, the Fern Franchi Living Trust, and a copy of her death certificate. These documents are provided to the Court for *in camera* review as Exhibits 2, 3, and 4. In their declarations, Ms. Morris and Mr. Hale state their mother died with both a will and living trust and that they served as the co-successor trustees of the Fern Franchi Living Trust, as well as the beneficiaries (provided to the Court for *in camera* review as

Exhibits 5 and 6). Ms. Morris and Mr. Hale request that their mother's portion of the restitution be paid to them in equal shares.

18 U.S.C. § 3663(a)(2) provides: "In the case of a victim who is under 18 years of age, incompetent, incapacitated, or deceased, the legal guardian of the victim or representative of the victim's estate, another family member, or any other person appointed as suitable by the court, may assume the victim's rights under this section, but in no event shall the defendant be named as such representative or guardian."

In light of Fern Franchi's death, and pursuant to 18 U.S.C. § 3663(a)(2), the government requests that any restitution proceeds currently available and any future restitution proceeds due to Fern Franchi be assigned and paid out to Ms. Rebecca Morris and Mr. Gary Hale, in equal shares.

Dated: August 6, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

//
//
//
//
//
//
//
//
//
//
//
//
//

**ORDER**

This matter is before the Court on the government's motion requesting that the Clerk of the Court assign restitution and be directed to pay the restitution currently in the Clerk's registry with regards to Fern Franchi to Ms. Rebecca Morris and Mr. Gary Hale, in equal shares.

The court, having considered the motion of the United States, now finds that the motion should be, and hereby is, GRANTED.

IT IS HEREBY ORDERED that the financial unit for the U.S. District Court Clerk's Office for the Eastern District of California is directed to pay any restitution currently available and any future proceeds due to Fern Franchi to Ms. Rebecca Morris and Mr. Gary Hale, in equal shares.

IT IS SO ORDERED.

Dated:   **August 6, 2021**

UNITED STATES DISTRICT JUDGE